**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   In re DEEP VEIN THROMBOSIS            MDL Docket No 04-1606 VRW
     LITIGATION
12                                               ORDER
     This Document Relates To:
13
     Kemp v Air Canada Regional, Inc,
14   No 04-4633

15   Lee v Cathay Pacific Airways,
     Ltd, No 05-4636
16
     Arhin v Northwest Airlines, Inc,
17   No 06-0274

18   George v American Airlines, Inc,
     No 06-0942
19
     Wylie v American Airlines, Inc,
20   No 02-2997

21   Brackenbury v Delta Airlines,
     Inc, No 05-3873
22
     Plotkin v British Airways PLC, No
23   03-3242

24
                                          /
25

26        On August 27, 2007, the court entered an order noting

27   that there had been no docket activity for seven months or more in

28   the above cases pending in MDL 04-1606.  Doc #671.  The court

**United States District Court**
For the Northern District of California

1   ordered the parties to submit status reports on or before September

2   6, 2007 and gave notice that the court would dismiss without

3   prejudice those cases for which no reports were received.  Id.

4          Plaintiff in <u>Kemp v Air Canada Regional, Inc</u>, No 04-4633

5   immediately submitted a statement of non-opposition to dismissal

6   without prejudice.  Doc #672.  Defendant has not responded.

7   Accordingly, 04-4633 will be DISMISSED WITHOUT PREJUDICE.

8          Plaintiff in <u>Arhin v Northwest Airlines, Inc, et al</u>, No

9   06-0274 reports that his complaint was never served.  Doc #678.

10  Plaintiff requests that his action be dismissed without prejudice.

11  Id.  Defendants confirm that the complaint in 06-0274 was never

12  served.  Doc ##679, 681.  Defendants point out, however, that an

13  identical complaint was filed and served by Arhin and was

14  designated as case no 06-4518.  Id.  The court entered judgment for

15  defendants on September 21 and November 20, 2006 in 06-4518.  Doc

16  ##14, 17.  Accordingly, 06-0274 is DISMISSED WITH PREJUDICE as

17  duplicative of 06-4518.

18         Plaintiff in <u>Wylie v American Airlines, et al</u>, No 02-2997

19  reports that he is not pursuing claims against the two defendants

20  for whom judgment has not yet been entered, Weber Aircraft LP and

21  Recaro Aircraft Seating.  Doc #678.  Plaintiff requests that these

22  defendants be dismissed.  Id.  Accordingly, defendants Weber

23  Aircraft LP and Recaro Aircraft Seating are DISMISSED WITH

24  PREJUDICE in 02-2997.

25         Plaintiffs in <u>Brackenbury v Delta Air Lines, et al</u>, No

26  05-3873 report that they are not pursuing claims against the

27  defendants for whom judgment has not yet been entered, Delta

28  Airlines, Inc, Doe seat manufacturer and Does 1-100.  Doc #678.

**United States District Court**
For the Northern District of California

1  Plaintiffs request that these defendants be dismissed.  Id.

2  Accordingly, all remaining defendants are DISMISSED WITH PREJUDICE

3  in 05-3873.

4         Plaintiff in <u>Plotkin v British Airways, PLLC, et al</u>, No

5  03-3242 reports that she is not pursuing claims against the

6  defendant for whom judgment has not been entered, Flying Service

7  Engineering and Equipment, Ltd.  Doc #678.  Accordingly, defendant

8  Flying Service Engineering and Equipment, Ltd is DISMISSED WITH

9  PREJUDICE in 03-3242.

10         In <u>Lee v Cathay Pacific Airways, Ltd, et al</u>, No 05-4636,

11  plaintiffs and defendant Cathay Pacific Airways report that they

12  are currently negotiating a stipulation to be filed no later than

13  September 28, 2007.  Doc ##678, 681.  Plaintiffs also report that

14  they are not pursuing claims against the defendants for whom

15  judgment has not been entered, the Doe seat manufacturers.  Doc

16  #678.  Accordingly, seat manufacturer defendants are DISMISSED WITH

17  PREJUDICE in 05-4636.  The action will remain open pending receipt

18  and approval of the aforementioned stipulation.

19         Finally, the court has not received a report from

20  plaintiff in <u>George v American Airlines, Inc</u>, No 06-0942.  Sole

21  defendant, American Airlines, Inc, has filed a motion for

22  administrative relief requesting that the court enter judgment for

23  defendant in this action for the reasons set forth in the court's

24  August 21, 2006 order dismissing all claims arising from

25  international flights wherein plaintiffs alleged liability based on

26  asserted failure to warn regarding DVT.  Doc #685.  Accordingly,

27  plaintiff in 06-0942 is ordered to show cause on or before

28  September 18, 2007 why judgment should not be entered for

**United States District Court**
For the Northern District of California

1  defendant, consistent with the disposition of the other "failure to

2  warn" cases, for reasons detailed in the August 21, 2006 order.

3                                    * * *

4          In sum, 04-4633 (Kemp) is DISMISSED WITHOUT PREJUDICE.

5  Case no 06-0274 (Arhin) is DISMISSED WITH PREJUDICE.  All remaining

6  defendants are DISMISSED WITH PREJUDICE in 02-2997 (Wylie), 05-3873

7  (Brackenbury) and 03-3242 (Plotkin).  Seat manufacturer defendants

8  are DISMISSED WITH PREJUDICE in 05-4636 (Lee).

9          The clerk is DIRECTED to close the file and terminate all

10  motions in 04-4633 (Kemp), 06-0274 (Arhin), 02-2997 (Wylie), 05-

11  3873 (Brackenbury) and 03-3242 (Plotkin).

12          The following cases will remain open pending further

13  activity: 05-4636 (Lee) and 06-0942 (George).  Plaintiff in 06-0942

14  (George) is ORDERED TO SHOW CAUSE by September 18, 2007 why

15  judgment should not be entered for defendant for reasons detailed

16  in the court's August 21, 2006 order.

17

18

19          SO ORDERED.

20

21  _____

22  **VAUGHN R WALKER**
    **United States District Chief Judge**

23

24

25

26

27

28

                                    **4**